CO-386
10/2018

# United States District Court
# For the District of Columbia

Make the Road New York )
)
)
)
Plaintiff )
vs )  Civil Action No. __1:25-cv-00190_____
)
Benjamine Huffman, U.S. Dep't of Homeland Security; )
Caleb Vitello, U.S. ICE; Jennifer B. Higgins, USCIS; )
Pete R. Flores, U.S. CBP; James McHenry, U.S. AG. )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Make the Road New York_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__NY0408 (D.D.C. Bar Identification No.)_____    __Lee Gelernt_____
BAR IDENTIFICATION NO.                              Print Name

__125 Broad Street, 18th Floor_____
Address

__New York, NY 10004_____
City          State          Zip Code

__(212) 549-2616_____
Phone Number