AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Make the Road New York | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00190 |
| BENJAMINE HUFFMAN, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Make the Road New York .

Date:   01/22/2025

/s/ Cody Wofsy
*Attorney's signature*

Cody Wofsy (D.D.C. Bar No. CA00103)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
*Address*

cwofsy@aclu.org
*E-mail address*

(415) 343-0785
*Telephone number*

*FAX number*