AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Make the Road New York ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00190 |
| BENJAMINE HUFFMAN, et al., ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Make the Road New York .

Date:   01/22/2025                                    /s/ Stephen Kang
                                                       *Attorney's signature*

                                         Stephen Kang (D.D.C. Bar No. CA00090)
                                                *Printed name and bar number*

                                         American Civil Liberties Union Foundation
                                               Immigrants' Rights Project
                                            425 California Street, Suite 700
                                               San Francisco, CA 94104
                                                        *Address*

                                                   skang@aclu.org
                                                   *E-mail address*

                                                   (415) 343-0783
                                                  *Telephone number*

                                                    *FAX number*