UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK,<br><br>            Plaintiff,<br><br>     v.<br><br>BENJAMINE HUFFMAN, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>            Defendants | No. 25-cv-0190 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the Plaintiff.

January 22, 2025

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel: (202) 601-4266
aspitzer@acludc.org