**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>BENJAMINE HUFFMAN, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00190<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF GRACE EUNHYE CHOI** |

Pursuant to Local Civil Rule 83.2(e), I respectfully move for the admission, *pro hac vice*, of Grace Eunhye Choi as counsel for Plaintiff Make The Road New York. A declaration from Ms. Choi and a Certificate of Good Standing are submitted in support of this motion. A proposed order is also attached for the Court's consideration.


DATED: January 31, 2025

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2616

*Attorney for Plaintiffs*