IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>BENJAMINE HUFFMAN, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00190<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF GRACE EUNHYE CHOI** |

Upon consideration of the Motion for Admission *Pro Hac Vice* of Grace Eunhye Choi as Counsel for Plaintiff Make the Road New York, it is hereby **ORDERED** that the Motion is **GRANTED**.

DATED:

_____
Honorable Jia M. Cobb
United States District Judge

1