IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>*Defendants.* | No. 1:25-cv-00190-JMC |

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiff hereby withdraws the motion for leave to file an amended complaint, ECF 25, filed on March 21, 2025. Plaintiff filed a an amended complaint by right on March 22, 2025, ECF 27.

Dated: March 23, 2025

Cody Wofsy (D.D.C. Bar No. CA00103)
Stephen B. Kang (D.D.C. Bar No. CA00090)
Morgan Russell
Hannah Steinberg
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
*cwofsy@aclu.org*
*skang@aclu.org*
*mrussell@aclu.org*
*hsteinberg@aclu.org*

Amy Belsher

Respectfully submitted,

*/s/ Anand Balakrishnan*
Anand Balakrishnan
Lee Gelernt (D.D.C. Bar No. NY0408)
Omar C. Jadwat
Sidra Mahfooz
Grace Choi
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
*abalakrishnan@aclu.org*
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*smahfooz@aclu.org*
*gchoi@aclu.org*

1

Robert Hodgson
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
(212) 607-3300
*abelsher@nyclu.org*
*rhodgson@nyclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah*
American Civil Liberties Union Foundation of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
*aspitzer@acludc.org*
*ashah@acludc.org*

*Attorneys for Plaintiffs*
\* *Admitted to practice in the District of Columbia; D.C. Bar No. pending*

## CERTIFICATE OF SERVICE

I hereby certify on March 23, 2025, I caused a copy of the foregoing to be transmitted to all Defendants through the CM/ECF filing system.

/s/ *Anand Balakrishnan*
Anand Balakrishnan
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
*abalakrishnan@aclu.org*