AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| MAKE THE ROAD NEW YORK, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00190 |
| Kristi Noem, Secretary, U.S. Department of Homeland | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute                                                                    .

Date:      04/25/2025                                   /s/ Christopher J. Hajec
                                                         *Attorney's signature*

                                             Christopher J. Hajec, DC Bar No. 492551
                                                       *Printed name and bar number*
                                             Immigration Reform Law Institute
                                             25 Massachusetts Ave., NW, Suite 335
                                             Washington, DC 20001

                                                              *Address*

                                                       chajec@irli.org
                                                       *E-mail address*

                                                       (540) 205-7986
                                                       *Telephone number*

                                                       (202) 464-3590
                                                       *FAX number*