IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>       Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-00190 |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

In accordance with Local Rule 7(*o*), movant Immigration Reform Law Institute ("IRLI") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' motion to dismiss. Counsel for *amicus* IRLI has conferred with counsel for all parties, and no party opposes the request for leave. Defendants consent to this motion, and Plaintiffs take no position. In furtherance of this motion, *amicus* IRLI states as follows:

1.     IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years, the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization. For these reasons, IRLI has direct interests in the issues here.

2.     The proffered *amicus* brief discusses the issues of justiciability not fully addressed by Defendants and supplements their discussion of those issues, including: whether the 60-day

jurisdictional time limit for challenging expedited removal designations bars Plaintiffs' challenge here because the full expansion of expedited removal was "first implemented" in 2019, and Plaintiffs initiated this case only after the full expansion of expedited removal was reinstated.

3. Because these issues are relevant to this Court's decision, IRLI's brief may aid the Court.

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: April 25, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Matt A. Crapo
　　　　　　　　　　　　　　　　　　　MATT A. CRAPO
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 473355
　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. HAJEC
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 492551
　　　　　　　　　　　　　　　　　　　Immigration Reform Law Institute
　　　　　　　　　　　　　　　　　　　25 Massachusetts Ave., NW, Suite 335
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　(202) 232-5590
　　　　　　　　　　　　　　　　　　　mcrapo@irli.org
　　　　　　　　　　　　　　　　　　　chajec@irli.org

　　　　　　　　　　　　　　　　　　　Counsel for *Amicus Curiae*
　　　　　　　　　　　　　　　　　　　Immigration Reform Law Institute

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

s/ Matt A. Crapo
MATT A. CRAPO
