# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00190 |

# [PROPOSED] ORDER

Before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants' motion to dismiss. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE JIA M. COBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE