IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Defendants. | Case No. 1:25-CV-00190-JMC |

**DEFENDANTS' UNOPPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants respectfully request a four-day extension of time to file a reply in support of their motion to dismiss. This request is made in good faith and not for the purpose of undue delay, and good cause exists for it. Defendants' current deadline for this deliverable is May 9, 2025. A four-day extension would enlarge the deadline to May 13, 2025. This is Defendants' first request for an extension of time to file a reply in support of their motion to dismiss. Defendants conferred with Plaintiffs pursuant to Local Civil Rule 7(m), and Plaintiffs stated that they do not oppose this request.

On April 18, 2025, Defendants filed a motion to dismiss the Amended Complaint. ECF No. 36. Plaintiffs' opposition is due on May 2, 2025. *See* LCvR 7(b). Thus, pursuant to Local Civil Rule 7(d), Defendants' reply is due on May 9, 2025. The undersigned has pre-planned leave from May 8, 2025, through May 12, 2025, and will be without access to the network during that time. Therefore, Defendants respectfully request that the Court grant Defendants' brief, four-day extension of time, until Tuesday, May 13, 2025.

Dated: April 26, 2025

Respectfully submitted,

BRIAN C. WARD
Acting Assistant Director

*/s/ Caroline McGuire*
CAROLINE MCGUIRE
NY Bar No. 5854823
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Attorneys for Defendants*

2