IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>  Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Defendants. | Case No. 1:25-CV-00190-JMC |

### [PROPOSED] ORDER

Upon consideration of Defendants' First Motion for an Extension of Time to File a Reply In Support of Their Motion to Dismiss, it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to file a reply in support of their motion to dismiss is extended up to and until May 13, 2025.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____