# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al., ) ) ) *Plaintiffs*, ) ) v. ) ) KRISTI NOEM, Secretary of the U.S. Department ) of Homeland Security, in her official capacity, et al., ) ) *Defendants*. ) ) ) | No. 1:25-cv-00190-JMC |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiffs respectfully request an extension of time to file their opposition to the motion to dismiss. This is Plaintiffs' first request, and is made in good faith and not for the purpose of unjustified delay. Plaintiffs have conferred with Defendants pursuant to Local Civil Rule 7(m), and Defendants consented to this request. This request is intended to supersede Defendants' pending request for an extension of their reply deadline, ECF No. 40.

On April 18, 2024, Defendants filed a motion to dismiss the Amended Complaint in this case. ECF No. 36. Plaintiffs' opposition is currently due May 2, and Defendants' reply is due May 9. See LCvR 7(b), (d). On April 26, Defendants sought a four-day extension of their reply deadline, which would yield a schedule of opposition due May 2, and reply due May 13. ECF No. 40. Plaintiffs did not oppose this extension. *Id*.

After the parties corresponded about that request, lead counsel for Plaintiffs in this case, Anand Balakrishnan, had an unanticipated medical issue. He spent April 25-26 in the hospital and is continuing to receive treatment on an outpatient basis. Because Mr. Balakrishnan is lead counsel

1

in this matter, his medical situation threatens to disrupt Plaintiffs' preparation of their opposition to the motion to dismiss. Plaintiffs therefore respectfully seek an extension of time to file that opposition.

After conferring with Defendants, and with their consent, Plaintiffs request the following schedule for the pending motion:

Plaintiffs' opposition: May 12

Defendants' reply: May 19

The resulting schedule would extend briefing overall by 6 days past the schedule Defendants previously proposed.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court adopt the proposed schedule for the motion to dismiss.

Dated: April 27, 2025

Anand Balakrishnan
Lee Gelernt (D.D.C. Bar No. NY0408)

Respectfully submitted,

*/s/ Cody Wofsy*
Cody Wofsy (D.D.C. Bar No. CA00103)
Stephen B. Kang (D.D.C. Bar No. CA00090)

<div style="display: flex;">

<div>

Omar C. Jadwat
Sidra Mahfooz
Grace Choi
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
*abalakrishnan@aclu.org*
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*smahfooz@aclu.org*
*gchoi@aclu.org*

Amy Belsher
Robert Hodgson
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
(212) 607-3300
*abelsher@nyclu.org*
*rhodgson@nyclu.org*

</div>

<div>

Morgan Russell
Hannah Steinberg
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
*cwofsy@aclu.org*
*skang@aclu.org*
*mrussell@aclu.org*
*hsteinberg@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)*
American Civil Liberties Union Foundation of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
*aspitzer@acludc.org*
*ashah@acludc.org*

*Attorneys for Plaintiffs*
* *Admission to DDC Bar pending*

</div>

</div>

CERTIFICATE OF SERVICE

I hereby certify on April 27, 2025, I caused a copy of the foregoing to be transmitted to all Defendants through the CM/ECF filing system.

*/s/ Cody Wofsy*
Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
*cwofsy@aclu.org*