# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 1:25-cv-00190-JMC ) |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al., | ) ) ) ) |
| *Defendants*. | ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to File Opposition to Motion to Dismiss, it is hereby: ORDERED that the motion be GRANTED. Plaintiffs' opposition to the motion to dismiss shall be due May 12, 2025, and Defendants' reply shall be due May 19, 2025.

**IT IS SO ORDERED**:

_____
HON. JIA M. COBB
United States District Judge

Dated: _____