IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 1:25-CV-00190-JMC |

**DEFENDANTS' UNOPPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

    Defendants respectfully request a two-day extension of time to file a reply in support of their motion to dismiss. This request is made in good faith and not for the purpose of undue delay, and good cause exists for it. Defendants' current deadline for this deliverable is May 19, 2025. A two-day extension would enlarge the deadline to May 21, 2025. This is Defendants' second request for an extension of time to file a reply in support of their motion to dismiss. *See* ECF No. 40. Defendants conferred with Plaintiffs pursuant to Local Civil Rule 7(m), and Plaintiffs stated that they do not oppose this request.

    On April 18, 2025, Defendants filed a motion to dismiss the Amended Complaint. ECF No. 36. Plaintiffs' filed their opposition on May 12, 2025. ECF No. 44.

    On April 26, 2025, Defendants previously requested an extension of this deadline based on a forecasted scheduling conflict, which the Court granted. *See* ECF No. 40 and ECF entry dated April 28, 2025 granting ECF No. 40. On April 27, 2027, Plaintiffs filed a consented-to extension request, which shifted the briefing schedule back about one week from Defendants' proposed schedule. *See* ECF No. 41 and ECF entry dated April 28, 2025 granting ECF No. 41. Since the briefing schedule has shifted, multiple litigation team members have departed the office. The

remaining team members are balancing competing litigation obligations, including fielding certain emergency deadlines in those matters since the Court granted Plaintiffs' extension request.

Therefore, while Defendants have been diligently working on this deliverable, Defendants respectfully request that the Court grant Defendants' brief, two-day extension of time, until Wednesday, May 21, 2025 to properly coordinate with the agency stakeholders in this matter, in both crafting a reply in support of their motion, and conferring with their clients on the same.

Dated: May 14, 2025

Respectfully submitted,

BRIAN C. WARD
Acting Assistant Director

/s/ Caroline McGuire
CAROLINE MCGUIRE
NY Bar No. 5854823
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Attorneys for Defendants*