IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 1:25-CV-00190-JMC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File a Reply In Support of Their Motion to Dismiss, it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to file a reply in support of their motion to dismiss is extended up to and until May 21, 2025.

**IT IS SO ORDERED:**

                                                                                             _____
                                                                                             HON. JIA M. COBB
                                                                                             United States District Judge

Dated: _____