AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Make the Road New York ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00190 |
| Benjamine Huffman, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Make the Road New York.

Date:   05/22/2025

/s/ Amy Belsher
*Attorney's signature*

Amy Belsher (NY Bar No. 3986197)
*Printed name and bar number*
New York Civil Liberties Union Foundation
125 Broad Street, Floor 19
New York, NY 10004

*Address*

abelsher@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*