IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>*Defendants*. | No. 1:25-cv-00190-JMC |

**Declaration of Mary**

I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I am a citizen of Mexico.

2. I am the mother of John, who is 18 years old. He was born in Mexico.

3. My son, John, and I were issued expedited removal orders on January 28, 2025 at Del Rio, Texas. A copy of those orders are attached to this Declaration as Exhibit A.

4. The order states that "on or about, Thursday, February 5, 2015, you illegally entered the United States at or near EL PASO, TX and were not inspected by an Immigration Officer."

5. I have never entered the United States illegally. John has never entered the United States illegally.

6. We have both resided in the United States for over ten years.

7. In addition to John, I have four other children. Two of them who are U.S. citizens, aged 8 and 6, and two are non-U.S. citizens who are 15 and 11. My U.S. citizen children lived with me in the United States.

8. I was issued a ten-year visa to visit to the United States on December 9, 2014. John was issued a similar visa on the same date. My visa expired on December 8, 2024 and John's expired on October 9, 2021.

9. I first entered the U.S. on my visa on January 5, 2015 for a day trip. I then re-entered on my visa on February 2, 2015 until February 8, 2015. I returned to the U.S. on my visa later the same day, February 8, 2015. I then did not leave the U.S. again after that prior to my removal.

10. Every time I entered the United States was at a port of entry at the United States-Mexico border pursuant to that visa. Before I was deported in January 2025, I had been in the United States continuously since February 8, 2015.

11. John had a 10-year visa and never entered the country illegally.

12. On January 27, 2025 I was driving in Kerr County, Texas when I was stopped by police while driving with my son, John. They asked everyone in the car for ID. I did not have a driver's license, so gave them my and John's Mexican passports. The officers told me we had overstayed our permission to stay.

13. The police held me and my son where we were arrested for an hour to wait for immigration officers to arrive.

14. They did not arrive, and so John and I were taken to Kerr County Jail. I do not believe we were booked into the jail, but we were made to wear prisoner's clothing and wait for three to four hours.

15. I asked to contact a lawyer, but I was not allowed to do so. I was not able to make any phone calls at the jail.

16. Border Patrol took me and John from the Kerr County Jail to another facility in Rocksprings, Texas where we were placed in a cell. We were not allowed to make calls or contact an attorney despite our requests.

17. Border Patrol officers then took me and John to a facility in Eagle Pass, Texas. I believe it was around 2 A.M. at that time. I was not allowed to make a phone call there.

18. A few hours later, at around 5 A.M., we were transferred to a detention center in Del Rio, Texas. I requested again to talk a lawyer, but they ignored me.

19. After about 4 hours, at around 9 A.M., officers gave me and John documents and said we were going to be deported.

20. My son and I were never asked or given the option to sign our deportation orders.

21. We were then taken to a border bridge in a car and told to walk across.

22. We have been living in Mexico ever since.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025, in  Ciudad Juárez, Chihuahua, Mexico

# EXHIBIT A

# U.S. DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

A-File No: ███████████

Date: 01/28/2025

Alien's name: ███████████

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

- [x] For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

- [ ] For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

- [ ] For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.

- [ ] At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.

**SPECIAL NOTICE TO SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

HECTOR A BRUNO
Date: 2025 01 28
████████████

(Signature of officer serving warning) | Border Patrol Agent (Title of officer) | DEL RIO, TX (Location of DHS Office)

## Verification of Removal
(Complete this section for file copy only)

| Departure Date | Port of Departure | Manner of Departure |
|---|---|---|
| | | |

Signature of Verifying Officer | Title of Officer

Photograph of Alien

**Refused to Sign**
(Signature of alien whose fingerprint and photograph appear above)

Right Index Finger

HECTOR A BRUNO
Date: 2025 01 28
████████████

(Signature of official taking fingerprint)

Page 1 of 1

DHS Form I-296 (1/12)

U.S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY

Event No: ▮
File No: ▮
Date: January 29, 2025

In the Matter of: ▮

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;

2. You are a native of Mexico and a citizen of Mexico ;

3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

4. to wit, on or about Thursday, February 5, 2015, you illegally entered the United States at or near EL PASO, TX and were not inspected by an Immigration Officer.

Border Patrol Agent
Name and title of immigration officer (Print)

HECTOR A BRUNO
Date: 2025.01.28
0992056146.CBP

Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Border Patrol Agent
Name and title of immigration officer (Print)

HECTOR A BRUNO
Date: 2025.01.28
0992056146.CBP

Signature of immigration officer

ACTING/PATROL AGENT IN CHARGE
Name and title of supervisor (Print)

JUAN A GUARBOLA JR
Date: 2025.01.28
▮.CBP

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on   01/28/2025
HECTOR A BRUNO
Date: 2025.01.28
0992056146.CBP
(Date)

Border Patrol Agent
Signature of immigration officer

Form I-860 (Rev. 08/01/07)

Notice and Order of Expedited Removal

...partment of Homeland Security

ACKNOWLEDGEMENT

I acknowledge receipt of this notification

Refused to Sign

Signature of alien

U.S. DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

A-File No: ▮▮▮▮▮▮▮▮
Date: 01/28/2025

Alien's name: ▮▮▮▮▮▮▮▮

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States.

- [x] For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.
- [ ] For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.
- [ ] For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.
- [ ] At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.

**SPECIAL NOTICE TO SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

| (Signature of officer serving warning) | Border Patrol Agent (Title of officer) | DEL RIO, TX (Location of DHS Office) |
|---|---|---|

## Verification of Removal
(Complete this section for file copy only)

| Departure Date | Port of Departure | Manner of Departure |
|---|---|---|
| | | |

| Signature of Verifying Officer | Title of Officer |
|---|---|
| | |

Photograph of Alien

**Refused to Sign**
(Signature of alien whose fingerprint and photograph appear above)

Right Index Finger

(Signature of official taking fingerprint)

DHS Form I-296 (1/12)

Page 1 of 1

U.S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY

Event No: ███

File No. ███

Date: January 28, 2025

In the Matter of: ███

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;

2. You are a native of Mexico and a citizen of Mexico;

3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

4. to wit, on or about Thursday, February 5, 2015, you illegally entered the United States at or near EL PASO, TX and were not inspected by an Immigration Officer.

Border Patrol Agent
Name and title of immigration officer (Print)

HECTOR A BRUNO
Date: 2025.01.28
0902086146 CBP

Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Border Patrol Agent
Name and title of immigration officer (Print)

HECTOR A BRUNO
Date: 2025.01.28
0972086146 CBP

Signature of immigration officer

ACTING/PATROL AGENT IN CHARGE
Name and title of supervisor (Print)

JUAN A GUARDIOLA JR
Date: 2025.01.28
0081963196 CBP

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on   01/28/2025

HECTOR A BRUNO
Date: 2025.01.28
0902086146 CBP

Border Patrol Agent
Signature of immigration officer

(Date)

Form I-860 (Rev. 08/01/07)

...nt of Homeland Security

**Notice and Order of Expedited Removal**

**ACKNOWLEDGEMENT**

I acknowledge receipt of this notification _____ **Refused to Sign** _____

Signature of alien

Form I-860 (Re...