**Declaration of William Botsch**

I, William Botsch, make the following declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. Since May 22, 2025, I have observed immigration court proceedings at the Miami Immigration Court. Thus far, I have observed 10 days of proceedings.

2. During that time, I have seen at least 47 cases where counsel from the Immigration and Customs Enforcement (ICE) Office of the Principal Legal Advisor (OPLA) moved to dismiss a noncitizen's immigration court proceedings. In making these motions, OPLA generally cites 8 C.F.R. § 239.2(a)(7) and states that the continuation of the proceedings is no longer in the best interests of the government. In most of the cases I observed, the immigration judge granted the motion to dismiss.

3. In the hallway outside the courtroom, there have been groups of between 4 and 12 ICE enforcement agents who have arrested noncitizens after OPLA moved to dismiss their case. These agents appear to have photos and descriptions of the noncitizens, sometimes relayed from other ICE agents who are inside the courtroom; for example, I once was stopped when I was wearing the same color shirt as someone whose case had been dismissed.

4. After noncitizens have been detained at the immigration court, I have attempted to locate them on the ICE Online Detainee Locator System (ODLS) using information I obtained from the court hearings, the posted docket, and the noncitizens' family members. In the days after their detention, several of the noncitizens have no longer appeared on ODLS, after previously appearing in the system. This suggests that they are no longer in DHS custody, most likely because they had already been removed from the United States. For example, three Venezuelan noncitizens who were detained on May 29 and 30, 2025 initially showed up in the system in the day or two following their arrests but no longer showed up on ODLS as of the morning of June 4, 2025. The family of one of these men has confirmed to me that the man was already removed and is now in Venezuela.

5. Other people observing in the Miami Immigration Court told me about the case of a Cuban man whose case was dismissed; as the man was being arrested in the hallway, he started strangling himself and yelling that he would rather kill himself than be sent back to Cuba. I later became aware of a news article that was published about this case, which can be found here: Jackie Llanos, Cuban Man Tries to Strangle Himself Following Arrest in Miami Immigration Court, Florida Phoenix (May 30, 2025), https://floridaphoenix.com/2025/05/30/cuban-man-tries-to-strangle-himself-following-arrest-in-miami-immigration-court/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025

*[signature]*

William Botsch