**Declaration of Holly S. Cooper**

I, Holly S. Cooper, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice law in California. My business address is University of California Davis School of Law Immigration Law Clinic One Shields Ave. TB 30 Davis, California 95616.

2. I received my B.A. in Political Science from the University of California, San Diego in 1993 and my J.D. from the University of California Davis School of Law in 1998. After law school, I worked for Reed Smith LLP, The Law Offices of Fellom & Solorio, and the Florence Immigrant & Refugee Rights Project. I began working at UC Davis School of Law in 2006 as a law professor. I have worked in the field of immigration law as a lawyer since 1998. Prior to that, I also worked in the field of immigration law as a paralegal since 1994 and law student since 1996. I now co-direct UC Davis School of Law's Immigration Law Clinic, and our goal is to represent the rights of detained immigrants in immigration courts, federal courts, and criminal courts. I also provide expert consultations to public defenders about the immigration consequences of criminal charges and convictions.

3. I served a full five-year term on the American Bar Association's ("ABA") Immigration Commission, and am currently the immigration advisor to the ABA's Criminal Justice Section.

4. I have won many awards, including but not limited to, the UC Davis Distinguished Service Award, the Mexican American Concilio's Community Award, the Legal Services for Children's Outstanding Community Partner Award, the Yolo County District Attorney's Multi-Cultural Community Council Award, Woman of the Year from both U.S. Congress and the State Assembly and an award from the State Senate

5. In my career as a lawyer, I have visited clients or inspected over 30 different detention centers in Texas, Washington, California, Haiti, Cuba, and Arizona. I have represented immigrants in Florence Service Processing Center, Core Civic in Florence, Arizona, Pinal County Jail, Core Civic in Eloy, Arizona, Core Civic in California City, Gila County Jail, Yuba County Jail, Santa Clara County Jail, Sacramento County Jail, Rio Consumnes Correctional Center, Lerdo Pre-Trial Detention Center, Otay Mesa Detention Center, San Pedro Service Processing Center, Yolo County Jail, Tacoma Northwest Detention Center, Contra Costa County Jail, San Pedro Juvenile Hall, Golden State Annex, California Men's Colony, California Medical Facility, San Quentin Rehabilitation Center, California Medical Facility, Shiloh Residential Treatment Center, Tornillo "Tent City" Children's Influx, Homestead Child Detention Center and many others, including Custom's Border Protection's many detention facilities.

6. In my experience, it takes my clients in detention well over 72 hours to receive mail sent by U.S. mail, including legal mail. On average, my clients receive mail between approximately 5-10 days after it is sent to them from inside the United States. There are many variables as to how long mail can take to arrive at a detention center. *First,* all legal mail is screened for contraband by the detention center mail staff and can cause significant delays that depend on staffing of the mailroom and size of the detention center. *Second,* the distance of the detention center from our office can also cause delays. *Third,* immigration detainees are also often transferred with no notice to counsel and can impact the delivery of mail when counsel is not notified that their clients are no longer at the destination detention center.

7. My clients in detention do not generally have other means of receiving documents. If a client is detained in a local detention center, we used to be able to hand deliver documents, but during the pandemic or if a client is detained in a remote detention center, mail is the exclusive means through which our clients can receive documents. Most detention centers do not provide confidential emails, or access to fax machines to receive confidential documents or communications.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of knowledge and belief.

Executed on this 5th day of June 2025 in Woodland, California.

_____

Holly S. Cooper