IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-CV-00190-JMC |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay the Deadline to Respond to Plaintiffs' Motion to Postpone Effective Date of Agency Action, it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to respond to Plaintiffs' Motion to Postpone Effective Date of Agency Action is stayed.

**IT IS SO ORDERED:**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____