# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    *Defendants.* | Case No.: 1:25-cv-0872<br><br>Hon. Jia M. Cobb |

## JOINT STATEMENT OF PARTIES REGARDING BRIEFING SCHEDULE

As ordered by the Court on June 13, 2025, the parties have met and conferred on a proposed briefing schedule for Plaintiffs' Motion to Stay Agency Action (ECF No. 50), and propose the following:

| | |
|---|---|
| Plaintiffs' Motion filed: | June 10, 2025 |
| Defendants' Opposition due: | June 24, 2025 |
| Plaintiffs' Reply filed: | July 1, 2025 |

The parties respectfully request that the Court enter this joint briefing schedule at its earliest convenience.

| | |
|---|---|
| Dated: June 17, 2025 | Respectfully submitted, |
| /s/ Anand Balakrishnan<br>Anand Balakrishnan<br>Michael K.T. Tan (D.D.C. Bar No. NY0636)<br>Lee Gelernt (D.D.C. Bar No. NY0408)<br>Omar C. Jadwat<br>Sidra Mahfooz<br>Grace Choi<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>Cody Wofsy (D.D.C. Bar No. CA00103)<br>Stephen B. Kang (D.D.C. Bar No. CA00090)<br>Morgan Russell<br>Hannah Steinberg<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Aditi Shah (D.C. Bar No. 90033136)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA<br>529 14th Street, NW, Suite 722<br>Washington, D.C. 20045<br><br>Amy Belsher Robert Hodgson<br>NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 19th Floor<br>New York, NY 10004<br><br>*Attorneys for Plaintiffs* | BRIAN C. WARD<br>Acting Assistant Director<br><br>ELISSA FUDIM<br>CAROLINE MCGUIRE<br>/s/ Caroline McGuire<br>CAROLINE MCGUIRE<br>(NY Bar No. 5854823)<br>*Trial Attorneys*<br>United States Department of Justice<br>Office of Immigration Litigation<br>General Litigation and Appeals<br>P.O. Box 868, Benjamin Franklin Station<br>Washington. D.C. 20044<br><br>*Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2025, I caused a copy of the foregoing to be transmitted to all parties through the CM/ECF filing system.

                                                 */s/ Caroline McGuire*
                                                 Caroline McGuire
                                                 Trial Attorney