IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 1:25-CV-00190-JMC |

**[PROPOSED] ORDER**

Upon consideration of the Joint Statement of the parties proposing a briefing schedule to brief Plaintiffs' Motion to Postpone Effective Date of Agency Action, it is hereby:

ORDERED that the motion be GRANTED that Defendants' deadline to respond to Plaintiffs' Motion to Postpone Effective Date of Agency Action is **June 24, 2025,** and that Plaintiffs' Reply Deadline is **July 1, 2025.**

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____