## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD, *et al*.,<br><br>    *Plaintiffs,*<br><br>    *v.*<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    *Defendants.* | Case No.: 1:25-cv-00190<br><br>Hon. Jia M. Cobb |

## <u>JOINT STATEMENT OF PARTIES REGARDING BRIEFING SCHEDULE</u>

As ordered by the Court on June 13, 2025, the parties have met and conferred on a proposed briefing schedule for Plaintiffs' Motion to Stay Agency Action (ECF No. 50), and propose the following:

| Plaintiffs' Motion filed: | June 10, 2025 |
|---|---|
| Defendants' Opposition due: | June 24, 2025 |
| Plaintiffs' Reply filed: | July 1, 2025 |

The parties respectfully request that the Court enter this joint briefing schedule at its earliest convenience.

Dated: June 17, 2025

/s/ Anand Balakrishnan
Anand Balakrishnan
Michael K.T. Tan (D.D.C. Bar No. NY0636)
Lee Gelernt (D.D.C. Bar No. NY0408)
Omar C. Jadwat
Sidra Mahfooz
Grace Choi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

Cody Wofsy (D.D.C. Bar No. CA00103)
Stephen B. Kang (D.D.C. Bar No. CA00090)
Morgan Russell
Hannah Steinberg
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104

Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045

Amy Belsher Robert Hodgson
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 19th Floor
New York, NY 10004

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN C. WARD
Acting Assistant Director

ELISSA FUDIM
CAROLINE MCGUIRE
/s/ Caroline McGuire
CAROLINE MCGUIRE
(NY Bar No. 5854823)
*Trial Attorneys*
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Benjamin Franklin Station
Washington. D.C. 20044

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, I caused a copy of the foregoing to be transmitted

to all parties through the CM/ECF filing system.

*/s/ Caroline McGuire*
Caroline McGuire
Trial Attorney