IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 1:25-CV-00190-JMC |

**DEFENDANTS' MOTION TO EXTEND PAGE-LIMITATION WITH RESPECT TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO POSTPONE THE EFFECTIVE DATE OF AGENCY ACTION**

On June 10, 2025, Plaintiff lodged a motion to postpone the effective date of the agency action under 5 U.S.C. § 705. ECF No. 50. Defendants respectfully request leave to exceed the limitation of 45 pages, *see* LCvR 7(e), by ten pages or less in their forthcoming opposition to Plaintiff's motion to postpone the effective date of agency action.

Good cause supports this motion, as Defendants' must respond to Plaintiff's 44-page motion (ECF No. 116-1), their 22 declarations, (ECF Nos. 50-2 through 50-22), and 740 pages of exhibits appended thereto (ECF Nos. 50-23 through 50-24). Additionally, Defendants must also put forward their affirmative defenses under Federal Rules of Civil Procedure 12(b) and (h) or risk waiving them. Thus, Defendants require additional pages so that they may adequately preserve their position and meaningfully respond to Plaintiff's motion.

Pursuant to Local Civil Rule 7(m), Plaintiff consents to this request. Accordingly, Defendants respectfully request leave to exceed the ordinary page limitations by ten pages or less.

Dated: June 23, 2025                    Respectfully submitted,

                                                         BRIAN C. WARD
                                                         Acting Assistant Director

                                                         */s/ Caroline McGuire*
                                                         CAROLINE MCGUIRE
                                                         NY Bar No. 5854823
                                                         Trial Attorney
                                                         U.S. Department of Justice, Civil Division
                                                         Office of Immigration Litigation
                                                         General Litigation and Appeals
                                                         P.O. Box 868, Ben Franklin Station
                                                         Washington, D.C. 20044
                                                         Tel: (202) 532-4268
                                                         Email: caroline.mcguire@usdoj.gov
                                                         *Attorneys for Defendants*