IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 1:25-CV-00190-JMC |

**[PROPOSED] ORDER**

For good cause shown, this Court hereby **GRANTS** Defendants' motion seeking leave to file a response to Plaintiff's motion (ECF No. 50) that exceeds the page limit. Defendants may file a response of up to 55 pages.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____