**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKE THE ROAD, *et al.*,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, *et al.*,<br><br>                    Defendants. | Case No. 1:25-CV-00190-JMC |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Postpone Effective Date of Agency Action. Having considered the moving, opposing, and reply papers, all matters upon which the Court may take judicial notice, and the arguments of counsel, it is hereby:

ORDERED that the motion be **DENIED.**

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____