IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-00190-JMC |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PAGE LIMITATIONS**

Plaintiff respectfully requests leave to exceed the normal limitation of 25 pages, see LCvR 7(e), by ten pages or fewer in its forthcoming reply in support of its motion to postpone the effective date of agency action.

Good cause supports this motion. Defendants, with Plaintiff's consent, requested and received a 10-page extension to file a brief of up to 55 pages in opposition to Plaintiff's motion. Plaintiff requires a reciprocal extension of pages to adequately respond to Defendants' arguments.

Pursuant to Local Civil Rule 7(m), Defendants stated that they do not oppose this request. Accordingly, Plaintiff respectfully requests leave to exceed the ordinary page limitation by ten pages or fewer.

Dated: June 30, 2025

Cody Wofsy (D.D.C. Bar No. CA00103)
Stephen B. Kang (D.D.C. Bar No. CA00090)
Morgan Russell
Hannah Steinberg
American Civil Liberties Union Foundation

Respectfully submitted,

*/s/ Anand Balakrishnan*
Anand Balakrishnan
Michael K.T. Tan (D.D.C. Bar No. NY0636)
Lee Gelernt (D.D.C. Bar No. NY0408)
Omar C. Jadwat
Sidra Mahfooz

1

Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (332) 220-1702
*cwofsy@aclu.org*
*skang@aclu.org*
*mrussell@aclu.org*
*hsteinberg@aclu.org*

Amy Belsher
Robert Hodgson
New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
(212) 607-3300
*abelsher@nyclu.org*
*rhodgson@nyclu.org*

Grace Choi
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (332) 220-1702
*abalakrishnan@aclu.org*
*m.tan@aclu.org*
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*smahfooz@aclu.org*
*gchoi@aclu.org*

Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
*aspitzer@acludc.org*
*ashah@acludc.org*

*Attorneys for Plaintiffs*