# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00190-JMC |

## [PROPOSED] ORDER

For good cause shown, this Court hereby GRANTS Plaintiff's motion seeking leave to file a reply in support of Plaintiff's motion (ECF No. 50) that exceeds the page limit. Plaintiff may file a reply of up to 35 pages.

**IT IS SO ORDERED.**

Date: _____, 2025

_____

The Honorable Jia M. Cobb

UNITED STATES DISTRICT JUDGE