IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00190-JMC<br>Judge Jia M. Cobb |

### OPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION

In accordance with Local Rule 7(*o*), movant Immigration Reform Law Institute ("IRLI") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' Opposition to Plaintiff's Motion to Postpone Effective Date of Agency Action. Counsel for *amicus* IRLI has conferred with counsel for all parties. Defendants have provided consent, but Plaintiffs have indicated they oppose this request for leave.[1] In furtherance of this

---

[1] Plaintiffs asked that the following statement in opposition be included:

Plaintiffs oppose this motion. Plaintiffs state that the proposed amicus's request to submit a brief "shortly before or after the Reply is filed" (as proposed amicus represented to Plaintiffs on June 27) does not allow Plaintiffs sufficient time to review the filing and respond, and that such a late filing should not be necessary given that the briefing schedule has been on the public docket since June 17. Plaintiffs also note that counsel for Plaintiffs have repeatedly brought to the attention of counsel for proposed amicus—in *U.S. v. Texas*, No. 1:24-cv-00008 (W.D. Tex.), *Farmworker Association of Florida, Inc. et al v. DeSantis*, No. 23-cv-22655 (S.D. Fla.), *New Hampshire Indonesian Community Support v. Trump*, No. 1:25-cv-00038 (D.N.H.) and *Khalil v. Joyce*, No. 2:25-cv-01963 (D.N.J.)—that requests to participate as amicus in other cases came too late, that counsel for

1

motion, *amicus* IRLI states as follows:

1. IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years, the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization. For these reasons, IRLI has direct interests in the issues here.

2. The proffered *amicus* brief discusses the issues of liberty interest(s) and due process not fully addressed by Defendants and supplements their discussion of those issues, including:

   - whether a third party (Make the Road) can assert a liberty interest on behalf of aliens;
   - whether aliens statutorily subject to expedited removal have a liberty interest in avoiding removal; and
   - whether, even if aliens subject to expedited removal possess a liberty interest, Congress provided more than adequate due process protections within the relevant statutes.

3. Because these issues are relevant to this Court's decision, IRLI's brief may aid the Court.

//

//

//

---

Plaintiffs were nevertheless not objecting in those instances, and that counsel for Plaintiffs would not be able to indefinitely accommodate such late requests.

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: July 1, 2025                                   Respectfully submitted,

                                                      s/ Christopher J. Hajec
                                                      CHRISTOPHER J. HAJEC
                                                      D.C. Bar No. 492551
                                                      MATT A. CRAPO
                                                      D.C. Bar No. 473355
                                                      Jonathon P. Hauenschild*
                                                      D.C. Bar No. 90024004
                                                      Immigration Reform Law Institute
                                                      25 Massachusetts Ave., NW, Suite 335
                                                      Washington, DC 20001
                                                      (202) 232-5590
                                                      mcrapo@irli.org
                                                      chajec@irli.org

                                                      Counsel for *Amicus Curiae*
                                                      Immigration Reform Law Institute

                                                      *Not admitted to this Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

s/ Christopher J. Hajec