IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00190-JMC <br> Judge Jia M. Cobb |

**[PROPOSED] ORDER**

Before the Court is the unopposed motion of Immigration Reform Law Institute for leave to file a brief as *amicus curiae* in support of Defendants' opposition to Plaintiff's Motion to Postpone Effective Date of Agency Action. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of July, 2025

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE