IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,<br><br>*Defendants*. | No. 1:25-cv-00190-JMC |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Make the Road NY respectfully brings to the Court's attention a recent temporary restraining order issued by the United States District Court for the District of Arizona staying the removal of a noncitizen who was placed in expedited removal despite allegedly having 30 years of continuous presence in the United States. The order notes that "ICE continue[d] to subject Petitioner to expedited removal" even after "Petitioner's counsel submitted" to ICE "evidence of Petitioner's continuous decades-long presence in the United States, including vaccination records, other official records, and sixteen signed affidavits." Temporary Restraining Order, *Co Tupul v. Noem, et al.*, CV-2:25-02748-PHX-DJH (JZB) (D. Az. Aug. 4, 2025). [1]  Plaintiff submits that the government's disregard of evidence going to

---

[1] Plaintiff provides with this Notice a copy of the District Court's Order and accompanying attachments. *See* ECF No. 6, CV-2:25-02748-PHX-DJH (JZB) (D. Az).

1

continuous presence and erroneous placement is relevant to the risk of error in the expedited removal process and the harm of the challenged designation.[2]

| Dated: August 8, 2025 | Respectfully submitted, |
|---|---|
| | /s/ *Anand Balakrishnan* |
| Cody Wofsy (D.D.C. Bar No. CA00103) | Anand Balakrishnan |
| Stephen B. Kang (D.D.C. Bar No. CA00090) | Michael K.T. Tan (D.D.C. Bar No. NY0636) |
| Morgan Russell | Lee Gelernt (D.D.C. Bar No. NY0408) |
| Hannah Steinberg | Omar C. Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Sidra Mahfooz |
| IMMIGRANTS' RIGHTS PROJECT | Grace Choi |
| 425 California Street, Suite 700 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| San Francisco, CA 94104 | IMMIGRANTS' RIGHTS PROJECT |
| (415) 343-0770 | 125 Broad Street, 18th Floor |
| cwofsy@aclu.org | New York, NY 10004 |
| skang@aclu.org | (212) 549-2660 |
| mrussell@aclu.org | abalakrishnan@aclu.org |
| hsteinberg@aclu.org | m.tan@aclu.org |
| | lgelernt@aclu.org |
| | ojadwat@aclu.org |
| Amy Belsher | smahfooz@aclu.org |
| Robert Hodgson | gchoi@aclu.org |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | |
| 125 Broad St., 19th Floor | Arthur B. Spitzer (D.C. Bar No. 235960) |
| New York, NY 10004 | Aditi Shah (D.C. Bar No. 90033136) |
| (212) 607-3300 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA |
| abelsher@nyclu.org | 529 14th Street, NW, Suite 722 |
| rhodgson@nyclu.org | Washington, D.C. 20045 |
| | (202) 457-0800 |
| | aspitzer@acludc.org |
| | ashah@acludc.org |
| | *Attorneys for Plaintiffs* |

---

[2] The risk of error would be further compounded by incentives that the Department of Homeland Security has reportedly considered to encourage agents to place individuals into expedited removal. *See* Hamed Aleaziz & Nicholas Nehamas, "ICE Offers, Then Quickly Withdraws, Cash Bonuses for Swiftly Deporting Immigrants," N.Y. Times, Aug 5, 2025, https://bit.ly/46NEEz8 (describing policy that would award tiered "cash bonuses" to ICE officers for immigrants "deported within seven days" and "within two weeks").

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Anand Balakrishnan*
Anand Balakrishnan
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (332) 220-1702
*abalakrishnan@aclu.org*
