BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*
DREW C. ENSIGN
*Deputy Assistant Attorney General*
BRIAN C. WARD
*Acting Assistant Director*
CAROLINE MCGUIRE
ELISSA P. FUDIM
JOSEPH A. MCCARTER
*Trial Attorneys*
U.S. Department of Justice
Office of Immigration Litigation
General Appeals and Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00190 (JMC)<br><br>Hon. Jia M. Cobb<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the order entered on August 29, 2025, granting a stay of agency action under 5 U.S.C. § 705 (ECF No. 65), and the accompanying memorandum opinion (ECF No. 64). The order is an appealable interlocutory order of the district court. 28 U.S.C. § 1292(a)(1).

Dated: September 2, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            *Assistant Attorney General*
                                            *Civil Division*

                                            DREW C. ENSIGN
                                            *Deputy Assistant Attorney General*

                                            BRIAN C. WARD
                                            *Acting Assistant Director*

                                            JOSEPH A. McCARTER
                                            ELISSA P. FUDIM
                                            CAROLINE McGUIRE
                                            Trial Attorneys

                                            /s/ Caroline McGuire
                                            CAROLINE MCGUIRE
                                            NY Bar No. 5854823
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Office of Immigration Litigation
                                            General Litigation and Appeals Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            Telephone: (202) 532-4268;
                                            Fax: (202) 305-7000
                                            caroline.mcguire@usdoj.gov
                                            *Attorneys for Defendants*