IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *Plaintiff*, v. KRISTI NOEM, *et al.*, *Defendants*. | Case No. 1:25-CV-00190 |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Stay the Court's August 29, 2025 Order Granting a stay of Agency Action under 5 U.S.C. § 705. Having considered the moving and opposing arguments of counsel:

IT IS HEREBY ORDERED THAT Defendants' Motion is hereby **GRANTED.** This Court's order of August 29, 2025, ECF Nos. 64, 65, is **STAYED** pending Defendants' appeal of that order to the District of Columbia Circuit.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____