# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al., <br><br> *Defendants*. | No. 1:25-cv-00190 |

## [PROPOSED] ORDER

Plaintiffs filed a motion to consolidate this case with *Make the Road v. Noem*, No. 1:25-cv-04455 (D.D.C.). Upon consideration of the papers and arguments therein, it is ORDERED that:

1. Case Nos. 1:25-cv-00190 and 1:25-cv-04455 are CONSOLIDATED;

2. All filings in these consolidated cases shall be made only in the first-filed case, No. 1:25-cv-00190.

SO ORDERED.

Date: _____

_____
Jia M. Cobb
United States District Court Judge