IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-CV-04455-JMC |

**DEFENDANTS' UNOPPOSED REQUEST TO STAY THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINITFF'S' COMPLAINT IN 1:25-cv-04455 (JMC)**

　　For the following reasons, Defendants respectfully request that the Court stay Defendants' deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.) until three weeks after the D.C. Circuit issues a merits decision. Defendants conferred with Plaintiff pursuant to Local Civil Rule 7(m), and Plaintiff stated that it does not oppose this request. This is Defendants' first motion to stay this deadline.

　　On August 29, 2025, this court granted Plaintiff's 5 U.S.C. § 705 stay motion in *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC) (D.D.C.), concluding that it was likely to succeed on its due-process claim. ECF Nos. 64, 65. On September 5, 2025, this court denied Defendants' motion for a stay pending appeal. ECF No. 70. Defendants appealed this court's August 29, 2025 Order to the D.C. Circuit, and completed emergency stay briefing, as well as merits briefing. *Make The Road New York, et al. v. Kristi Noem, et al.*, No. 25-5320 (D.C. Cir. Sept. 5, 2025). In Defendants' opening merits brief, they cited Guidance issued by the Former Acting Director of ICE, Caleb Vitello, entitled "Implementation Guidance for January 2025 Federal Register Notice, Designating Aliens for Expedited Removal," dated February 28, 2025 ("2025 Guidance"). Brief for Petitioner-Appellant at 10, *Make the Road v. Noem, et al.*, No. 25-5320 (D.C. Cir. Oct. 20,

2025). The D.C. Circuit held argument on Defendants' merits briefing on December 9, 2025, and a decision from the D.C. Circuit is pending. *Id.*

On December 19, 2025, Plaintiff filed another lawsuit, *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.) challenging the 2025 Guidance. This Court consolidated both of Plaintiff's lawsuits after briefing from the parties. ECF Nos. 72-74, and Minute Order, January 22, 2026. Thereafter, the Court instructed the parties to only file pleadings in the case captioned *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC). Minute Order, February 4, 2026. On January 5, 2026, Plaintiff served the United States Attorney's Office for the District of Columbia. *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 15 at 11-13 (D.D.C.). Thus, Defendants' deadline to answer or otherwise respond to the complaint is on March 6, 2026. FED. R. CIV. P. 12(a)(2).

This Court possesses "the inherent authority to stay proceedings in the interests of judicial economy and efficiency." *Am. Postal Workers Union v. U.S. Postal Serv.*, 422 F. Supp. 2d 240, 248 (D.D.C. 2006) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (noting that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). The D.C. Circuit's ruling will undoubtedly impact how *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC) proceeds, since it is now consolidated with Plaintiff's original action. Thus, in the interest of judicial economy, Defendants respectfully request that the Court stay Defendants' March 6, 2026 deadline in *Make the Road v. Noem, et al.*, 25-cv-04455(JMC), ECF. No. 1, (D.D.C.) until three weeks after the D.C. Circuit issues a merits decision.

Dated: February 11, 2026    Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER J. BECKER
*Counsel to the Assistant Attorney General*

JOSEPH A. McCARTER
ELISSA P. FUDIM
Trial Attorneys

*/s/ Caroline McGuire*
CAROLINE McGUIRE
NY Bar No. 5854823
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Attorneys for Defendants*