IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD,<br><br>      Plaintiff,<br><br>      v.<br><br>KRISTI NOEM, *et al.*,<br><br>      Defendants. | Case No. 1:25-CV-04455-JMC |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion to stay the deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.)., it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is stayed until three weeks after the D.C. Circuit issues a merits decision in 25-5320.

**IT IS SO ORDERED:**

                                                                                                        _____

                                                                                                        HON. JIA M. COBB<br>
                                                                                                         United States District Judge

Dated: _____