**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKE THE ROAD,<br><br>          Plaintiffs,<br><br>          v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>          Defendants. | Case No. 1:25-CV-04455-JMC |

**DEFENDANTS' UNOPPOSED REQUEST TO STAY THE DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO PLAINITFF'S' COMPLAINT IN 1:25-cv-04455 (JMC)**

Defendants respectfully request that the Court stay Defendants' deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.) (*Make the Road* II) until August 14, 2026. Defendants further request that the Court schedule a joint status letter to be due on August 7, 2026, so that the parties can evaluate and advise the Court about whether further stay of this deadline is warranted, depending on the status of appeal proceedings. Third Stay Motion, *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir. June 26, 2026); *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC) (D.D.C.) (jointly, *Make the Road I*).

The Court of Appeal's resolution of the issues in *Make the Road I* will be directly relevant to proceedings in *Make the Road II*, including how Defendants will respond to Plaintiff's complaint. Accordingly, a further stay of Defendants' responsive pleading deadline in *Make the Road II* will serve the interests of judicial economy, without prejudicing any party. Defendants conferred with Plaintiff pursuant to Local Civil Rule 7(m), and Plaintiff does not oppose this request. This is Defendants' second unopposed motion to stay this deadline. The Court granted Defendants' first unopposed motion to stay this deadline "until three weeks after the D.C. Circuit

issues a merits decision in 25-5320[,]" Minute Order, February 11, 2026, and further ordered a stay of the entire case until the D.C. Circuit reached a merits decision in *Make the Road I*.

On August 29, 2025, this court granted Plaintiff's application for a 5 U.S.C. § 705 stay in *Make the Road I*, concluding that Plaintiff was likely to succeed on the merits of its due-process claim. ECF Nos. 64, 65. Defendants appealed this court's August 29, 2025 Order. In Defendants' opening merits brief, Defendants cited Guidance issued by the Former Acting Director of ICE, Caleb Vitello, entitled "Implementation Guidance for January 2025 Federal Register Notice, Designating Aliens for Expedited Removal," dated February 28, 2025 ("2025 Guidance"). Brief for Petitioner-Appellant at 10, *Make the Road v. Noem, et al.*, No. 25-5320 (D.C. Cir. Oct. 20, 2025).

On December 19, 2025, Plaintiff filed *Make the Road II* challenging the 2025 Guidance. This Court consolidated Plaintiff's lawsuits. ECF Nos. 72-74, and Minute Order, January 22, 2026. Thereafter, the Court instructed the parties to file pleadings only in the case captioned *Make the Road I*. Minute Order, February 4, 2026. On February 11, 2026, this Court granted Defendants' request to stay their responsive pleading deadline in *Make the Road II*, "until three weeks after the D.C. Circuit issues a merits decision in 25-5320." Minute Order, February 11, 2026. On June 23, 2026, the D.C. Circuit vacated this court's 5 U.S.C. § 705 stay order, finding that Plaintiff is unlikely to succeed on its due process claim. *Make the Rd. New York v. Mullin*, No. 25-5320, ___F.4th___, 2026 WL 1792978, at *13 (D.C. Cir. June 23, 2026). Accordingly, Defendants' deadline to answer or otherwise respond to the complaint in *Make the Road II* is July 14, 2026. Minute Order, February 11, 2026.

Plaintiff has forty-five days, until August 7, 2026, after entry of judgment (or of an amended decision) to file a rehearing application. FED. R. APP. P. 40(d)(1). Defendants moved for

full stay of the district court's stay order pending issuance of the mandate and any potential rehearing en banc. Plaintiff opposed this application. Because the Court of Appeals' decision lacks finality until the completion of the en banc process, Defendants respectfully request that this Court stay Defendants' responsive pleading deadline in *Make the Road II* until August 14, 2026.

This Court possesses "the inherent authority to stay proceedings in the interests of judicial economy and efficiency." *Am. Postal Workers Union v. U.S. Postal Serv.*, 422 F. Supp. 2d 240, 248 (D.D.C. 2006) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (noting that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Any further merits ruling from the D.C. Circuit's ruling will undoubtedly impact how *Make the Road II* proceeds, since it is consolidated with Plaintiff's original action. Thus, in the interest of judicial economy, Defendants respectfully request that the Court stay Defendants' July 14, 2026 deadline until August 14, 2026. Defendants further request that the Court schedule a joint status letter to be due on August 7, 2026, so that the parties can evaluate and advise the Court about whether further stay of this deadline is warranted, depending on the status of appeal proceedings.

Dated: July 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER J. BECKER
*Counsel to the Assistant Attorney General*

3

JOSEPH A. McCARTER
ELISSA P. FUDIM
Trial Attorneys

*/s/ Caroline McGuire*
CAROLINE McGUIRE
NY Bar No. 5854823
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Attorneys for Defendants*