## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAKE THE ROAD,

      Plaintiff,

      v.

KRISTI NOEM, *et al.*,

      Defendants.

Case No. 1:25-CV-04455-JMC

### [PROPOSED] ORDER

Upon consideration of Defendants' second unopposed motion to stay the deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.)., it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is stayed until August 14, 2026. It is FURTHER ORDERED that the parties file a joint status letter on August 7, 2026, to evaluate and advise the Court about whether further stay of this deadline is warranted, depending on the status of appeal proceedings.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____