**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MAKE THE ROAD,

        Plaintiffs,

        v.

KRISTI NOEM, *et al.*,

        Defendants.

Case No. 1:25-CV-04455-JMC

**DEFENDANTS' UNOPPOSED REQUEST TO STAY THE DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO PLAINITFF'S COMPLAINT IN 1:25-cv-04455 (JMC)**

Defendants respectfully request that the Court stay Defendants' deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.) (*Make the Road* II). Defendants further request that the Court calendar a joint status letter for the parties to outline how they intend to proceed in this matter, for 30 days after the D.C. Circuit issues the mandate in the appeal. This is Defendants' third unopposed request for a stay of this deadline. This Court granted Defendants' two prior unopposed stay requests. Minute Orders, Feb. 11, 2026 & July 7, 2026. Defendants conferred with Plaintiff pursuant to Local Civil Rule 7(m), and Plaintiff does not oppose this request.

The Court of Appeal's resolution of the issues in *Make the Road I*[1] will be directly relevant to proceedings in *Make the Road II*, including how Defendants will respond to Plaintiff's complaint. Accordingly, a further stay of Defendants' responsive pleading deadline in *Make the Road II* will serve the interests of judicial economy, without prejudicing any party.

---

[1] *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir.); *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC) (D.D.C.) (jointly, *Make the Road I*).

On August 29, 2025, this court granted Plaintiff's application for a 5 U.S.C. § 705 stay in *Make the Road I*, concluding that Plaintiff was likely to succeed on the merits of its due-process claim. ECF Nos. 64, 65. Defendants appealed this court's August 29, 2025 Order. In Defendants' opening merits brief, Defendants cited Guidance issued by the Former Acting Director of ICE, Caleb Vitello, entitled "Implementation Guidance for January 2025 Federal Register Notice, Designating Aliens for Expedited Removal," dated February 28, 2025 ("2025 Guidance"). Brief for Petitioner-Appellant at 10, *Make the Road v. Noem, et al.*, No. 25-5320 (D.C. Cir. Oct. 20, 2025).

On December 19, 2025, the organizational Plaintiff in *Make the Road I* filed *Make the Road II* challenging the 2025 Guidance. This Court consolidated Plaintiff's lawsuits. ECF Nos. 72-74, and Minute Order, January 22, 2026. Thereafter, the Court instructed the parties to file pleadings only in the case captioned *Make the Road I*, Minute Order, Feb. 4, 2026, and granted Defendants' first request to stay their responsive pleading deadline in *Make the Road II*. Minute Order, Feb. 11, 2026. On June 23, 2026, the D.C. Circuit vacated this court's 5 U.S.C. § 705 stay order, finding that Plaintiff is unlikely to succeed on its due process claim. *Make the Rd. New York v. Mullin*, 179 F.4th 16 (D.C. Cir. June 23, 2026). On July 7, 2026, this Court granted Defendants' second request to stay this deadline until August 14, 2026, and ordered the parties to file a joint status letter "by August 7, 2026, to inform the Court whether either party requests a further stay of this deadline." Minute Order, July 7, 2026.

On July 17, 2026, the D.C. Circuit granted Defendants' third request for a stay of the district court's stay order pending issuance of the mandate and any potential rehearing en banc. Order, *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir. July 17, 2026). The D.C. Circuit denied Defendants' alternative request to issue the mandate "forthwith." *Id.* On July 27, 2026, Plaintiff

filed its petition for rehearing en banc. Petition for Rehearing En Banc, *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir. July 27, 2026). Because the mandate of the Court of Appeals' decision will not issue until the completion of the en banc process, Defendants respectfully request that this Court stay Defendants' responsive pleading deadline in *Make the Road II*, now calendared for August 14, 2026.

This Court possesses "the inherent authority to stay proceedings in the interests of judicial economy and efficiency." *Am. Postal Workers Union v. U.S. Postal Serv.*, 422 F. Supp. 2d 240, 248 (D.D.C. 2006) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (noting that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Any further merits ruling from the D.C. Circuit's ruling will undoubtedly impact how *Make the Road II* proceeds, because it is consolidated with Plaintiff's original action and the issues overlap. Thus, in the interest of judicial economy, Defendants respectfully request that the Court stay Defendants' August 14, 2026 deadline. Defendants further request that the Court schedule a joint status letter to be due 30 days after the D.C. Circuit issues the mandate in the appeal so the parties can outline how they intend to proceed in this matter.

Dated: July 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER J. BECKER
*Counsel to the Assistant Attorney General*

3

JOSEPH A. McCARTER
ELISSA P. FUDIM
Trial Attorneys

*/s/ Caroline McGuire*
CAROLINE McGUIRE
NY Bar No. 5854823
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4268
Email: caroline.mcguire@usdoj.gov
*Attorneys for Defendants*