**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAKE THE ROAD,

     Plaintiff,

     v.

KRISTI NOEM, *et al.*,

     Defendants.

Case No. 1:25-CV-04455-JMC

## [PROPOSED] ORDER

Upon consideration of Defendants' third unopposed motion to stay the deadline to answer or otherwise respond to Plaintiff's complaint in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.)., it is hereby:

ORDERED that the motion be GRANTED and Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is stayed. It is FURTHER ORDERED that the parties file a joint status letter about how they intend to proceed in this matter, within 30 days after the D.C. Circuit issues the mandate in the appeal.

**IT IS SO ORDERED:**

_____
HON. JIA M. COBB
United States District Judge

Dated: _____